UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN VINCENT BROOME,<br><br>      Petitioner,<br><br>  v.<br><br>JAMES A. YATES, Warden,<br><br>      Respondent. | No. EDCV 10-558 RGK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 11, 2012

*Gary Klausner*

R. GARY KLAUSNER
United States District Judge